United States District Court
Southern District of Texas

NOV - 7 2011

Clerk of Court

November 4, 2011

To whom it may concern,

I wish to object to the release of any of my personal information in regards to case number 4:11-CV-03042.

Thank you for your cooperation in this matter,

Leisa Dame

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| AF HOLDINGS LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:11-CV-03042 |
| DOES 1-119 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of Texas ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/ Custodian of Records, Charter Communications, LLC c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield IL 62703

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Conrol Addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Steele Hansmeier PLLC<br>161 N Clark St Ste 3200<br>Chicago IL 60601 | Date and Time:<br><br>11/29/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___09/19/2011___

*CLERK OF COURT*

OR

_____       /s/ John Steele
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
AF HOLDINGS LLC , who issues or requests this subpoena, are:
John Steele, Steele Hansmeier PLLC, 161 N Clark St Ste 3200, Chicago IL 60601
jlsteele@wefightpiracy.com; (312) 880-9160

Ms. Leisa Dame
7300 Briarwyck Ct.
Fort Worth, TX 76137

Court Clerks Office
P.O. Box 61010
Houston, TX 77208

7720810101010

United States Courts
Southern District of Texas
FILED

NOV 7 2011

David J. Bradley, Clerk of Court