I object to the release of my personally identifiable information pertaining to the Case # 4:11-cv-03042. I was not involved in this action and was not in town for over half the time listed in the documents I have received. Any activity alleged within this case was done without my knowledge and involvement.

AF Holdings L.L.C  v. DOES 1-119
Case # 4:11-cv-03042
Judge Hittner
Southern District Court-Houston Division


Robert Berry

Robert Berry
3915 Flory st.
N. Richland Hills, TX 76180

Judge Hittner
c/o United States District Court
Southern District - Houston Division
515 Rusk
Houston, TX 77002